**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 24, 2026

**VIA ECF**
Honorable André M. Espinosa, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Reincubate, Ltd. v. Apple, Inc.*
             <u>Case No. 2:26-cv-00828 (CCC-AME)</u>

Dear Judge Espinosa:

      This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. in connection with the above-referenced matter. Enclosed for the Court's consideration is a Stipulation and Consent Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint.

      Should the enclosed Stipulation and Proposed Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within, we are always available.

      We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                *s/ Liza M. Walsh*

                                Liza M. Walsh

Encl.
cc:     All Counsel of Record (via ECF and Email)