IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REINCUBATE, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Civil Action No. 2:26-cv-00828<br>(CCC-AME)<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*Filed Electronically* |

      This stipulation is made by and between Reincubate, Ltd. ("Plaintiff") and Defendant Apple Inc. ("Defendant"). Plaintiff and Defendant, by and through their respective undersigned counsel in the above-captioned litigation, stipulate, agree, and respectfully request that the Court extend the deadline to answer or otherwise respond to Plaintiff's Complaint filed January 27, 2026 (ECF No. 1) from the current February 26, 2026 deadline to April 13, 2026.

Dated: February 24, 2026

*s/Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Of Counsel*:
Brian A. Rosenthal (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000

1

|  |  |
|---|---|
|  | Cynthia Richman (*pro hac vice forthcoming)*<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036-4504<br>Tel:  (202) 955-8500 |
|  | Jaysen S. Chung (*pro hac vice forthcoming)*<br>Julian W. Kleinbrodt (*pro hac vice forthcoming)*<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Tel:  (415) 393-8200 |
|  | Daniel G. Swanson (*pro hac vice forthcoming)*<br>Jason Lo (*pro hac vice forthcoming)*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel:  (213) 229-7000 |
|  | *Attorney for Defendant Apple Inc.* |
| Dated: February 24, 2026 | s/*David L. Hecht*<br>David L. Hecht<br>Maxim Price (*pro hac vice forthcoming*)<br>Peter Joon Park<br>Tanner Murphy (*pro hac vice forthcoming*)<br>HECHT PARTNERS LLP<br>125 Park Avenue, 25th Floor<br>New York, New York 10017<br>Newark, N.J. 07102<br>Telephone: (973) 424-5614 |
|  | *Attorney for Plaintiff Reincubate, Ltd.* |

SO ORDERED:

_____
The Honorable André M. Espinosa, U.S.M.J.