Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 <br> (CCC-AME) <br><br> **NOTICE OF APPEARANCE** <br><br> *Filed Electronically* |

To:    Melissa E. Rhoads, Clerk
       United States District Court for the District of New Jersey
       50 Walnut Street
       Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP

hereby enters an appearance on behalf of Defendant Apple Inc. and requests that copies of all

papers in this action be served upon the undersigned.

                                        WALSH PIZZI O'REILLY FALANGA LLP

Dated: February 24, 2026                By:    s/Liza M. Walsh
                                               Liza M. Walsh