**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| REINCUBATE, LTD., | Civil Action No. 2:26-cv-00828 (CCC-AME) |
| Plaintiff, | |
| v. | **STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| APPLE INC., | |
| Defendant. | *Filed Electronically* |

WHEREAS, the current deadline for Defendant Apple Inc. ("Defendant") to answer or otherwise respond to Plaintiff Reincubate, Ltd. ("Plaintiff")'s Complaint is April 13, 2026 (ECF No. 9);

WHEREAS, Defendant has informed Plaintiff that it intends to move to transfer venue under 28 U.S.C. § 1404;

WHEREAS, in the interest of efficient coordination, Defendant and Plaintiff have agreed to the following briefing schedule for the motion to transfer venue;

WHEREAS, in the interest of efficient coordination, Defendant and Plaintiff have agreed to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint pending resolution of the forthcoming motion to transfer venue;

NOW, THEREFORE, it is hereby stipulated and agreed, by and through the undersigned counsel of record and subject to the approval of the Court, as follows:

1. Defendant's motion to transfer venue will be filed on or before May 4, 2026. Plaintiff's opposition to the motion is due on or before May 22, 2026. Defendant's reply in support of the motion is due on or before June 5, 2026.

1

2. Defendant's motion to transfer does not waive, forfeit, or otherwise prevent Defendant from asserting any defenses, motions, or arguments under Federal Rule of Civil Procedure 12 or otherwise.

3. In the event the Court denies Defendant's forthcoming Motion to Transfer, the deadline for Defendant to answer or otherwise respond to the Complaint is extended to 45 days from the date of the Court's ruling on Defendant's Motion to Transfer.

4. In the event this Court grants Defendant's Motion to Transfer, the court to whom the case is assigned shall set the deadline for Defendant to answer or otherwise respond to the Complaint under Rule 12.

Dated: April 8, 2026

*s/ Liza Walsh*
Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Of Counsel*:
Brian A. Rosenthal (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000

Cynthia Richman (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: (202) 955-8500

Jaysen S. Chung (*pro hac vice forthcoming*)
Julian W. Kleinbrodt (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP

2

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Tel:  (415) 393-8200

Daniel G. Swanson (*pro hac vice forthcoming*)
Jason Lo (*pro hac vice forthcoming)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  (213) 229-7000

*Attorney for Defendant Apple Inc.*

Dated: April 8, 2026

s/ *David Hecht*
David L. Hecht
Maxim Price (*pro hac vice forthcoming*)
Peter Joon Park
Tanner Murphy (*pro hac vice forthcoming*)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017
Newark, N.J. 07102
Telephone: (973) 424-5614

*Attorney for Plaintiff Reincubate, Ltd.*

SO ORDERED:

_____*/s/ André M. Espinosa*_____
The Honorable André M. Espinosa, U.S.M.J.
Dated: April 9, 2026

3