Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 (CCC-AME) <br><br> **NOTICE OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA** <br><br> *Electronically Filed* |

**PLEASE TAKE NOTICE** that pursuant to the April 9, 2026 Stipulation and Consent Order setting a briefing schedule (ECF No. 11), the undersigned attorneys for Defendant Apple Inc. ("Apple") shall move before the Honorable Claire C. Cecchi, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order transferring this action, under 28 U.S.C. § 1404(a), to the United States District Court for the Northern District of California.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Apple will rely upon the accompanying Brief submitted herewith, the Declaration of Liza M. Walsh, the Declaration of Brad Ford, the Declaration of James Infusino, the Declaration of Halle Matthews, the Declaration of Della Huff, the Declaration of Jacob Anderson, the Declaration of Jeremy Butcher, and any reply papers in support thereof.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument.

Dated:  May 4, 2026

WALSH PIZZI O'REILLY FALANGA LLP

*s/ Liza M. Walsh*

Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel:*
Brian A. Rosenthal (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000

2

Cynthia Richman (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: (202) 955-8500

Jaysen S. Chung (*pro hac vice* forthcoming)
Julian W. Kleinbrodt (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Tel: (415) 393-8200

Daniel G. Swanson (*pro hac vice forthcoming)*
Jason Lo (*pro hac vice* forthcoming*)*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000

*Attorneys for Defendant Apple Inc.*

3