Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 (CCC-AME) <br><br> **DECLARATION OF LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify:

1.      I am an attorney-at-law of the State of New Jersey, and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendant Apple Inc. ("Apple") in connection with the above-captioned action.  I am a member in good standing of the bar of this Court.

2.      I submit this Declaration in support of Apple's Motion to Transfer Venue to the United States District Court for the Northern District of California.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Apple's 10-K 2025 dated October 31, 2025.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Jacob Anderson.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Jeremy Butcher.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Brad Ford.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Della Huff.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of James Infusino.

9.      Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Halle Matthews.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2026

_s/Liza M. Walsh_
Liza M. Walsh