# EXHIBIT 4

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINCUBATE, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Civil Action No. 2:26-cv-00828 <br><br> (CCC-AME) <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF BRAD FORD IN SUPPORT OF**

**APPLE INC.'S MOTION TO TRANSFER VENUE**

I, Brad Ford, hereby declare as follows:

1.    I am over the age of eighteen and competent to make this declaration.  I am employed by Apple Inc. ("Apple") as a Software Development Engineering Manager in Apple's Camera Software Streaming group.  My place of work is Cupertino, California.  I have been employed by Apple since 2002.

2.    I provide this declaration in support of Apple's Motion to Transfer Venue in the above-captioned case.  Unless otherwise indicated, the statements in this declaration are based upon my personal knowledge.  If called to testify, I could and would testify competently and truthfully to the matters set forth herein.

3.    Apple is a California corporation with a global business headquartered in Cupertino, California.

4.    I understand that, as of April 2026, Apple employs tens of thousands of employees in Cupertino, California.

5.    I understand that Plaintiff Reincubate, Ltd. filed this action against Apple in the United States District Court for the District of New Jersey.

6.    I am currently a front-line engineering manager of the Camera Software Streaming group.  In this role, I manage individual contributors and act as the directly responsible individual ("DRI") for Continuity Camera, across Apple platforms, including iOS, macOS, tvOS, and visionOS.

7.    Consequently, I possess direct knowledge of the identities, professional roles and responsibilities, and physical work locations of the individuals and teams involved in the development, design, and ongoing maintenance of Continuity Camera.  I also possess direct knowledge of the locations where technical documentation and records relating to Continuity Camera are created and stored.

8.    Based on my personal knowledge and my work at Apple, Continuity Camera was researched, designed, developed, and tested by Apple engineers who primarily work and reside in or near Cupertino, California.

9.    The team responsible for the ongoing development and maintenance of Continuity Camera, which I manage, is part of the Camera Software Streaming group.

10.    There are 10 members of my team that work extensively on Continuity Camera. All members of my team work in California, and all California-based team members work in or near Cupertino.  No member of my team resides in New Jersey or performs work on Continuity Camera from New Jersey or in conjunction with New Jersey-based personnel.

11.    There are also 4 engineers in San Diego and 5 engineers in Cambridge (UK) that work on features that are incorporated into Continuity Camera but do not work on Continuity Camera specifically.

12.    My team is supported in its work on Continuity Camera by several teams at Apple who are mostly located in or near Cupertino.  No one resides in New Jersey or performs work on Continuity Camera from New Jersey.

13.    As part of my role, I regularly collaborate with members of my team and other teams that support Continuity Camera, including through in-person meetings, virtual meetings, and Apple's internal communications and engineering systems.  Through this work, I am familiar with the identities and work locations of the personnel involved in the design, development, ongoing maintenance, and testing of Continuity Camera.

14.    One software engineer, who was a main contributor to the Continuity Camera feature left Apple in August 2024, but to the best of my knowledge, still resides near Cupertino.  There is a second software engineer that worked on peripheral and various side features of Continuity Camera and is also no longer at Apple as he is now attending graduate school at Columbia University.

15.    Based on my personal knowledge and my discussions and collaboration with colleagues responsible for Continuity Camera, I am not aware of any Apple employee located in New Jersey who worked on or has responsibility for the research, design, development, ongoing maintenance, or testing of Continuity Camera.

16.    Access to Continuity Camera source code is restricted on a need-to-know basis to Apple employees who work on the Continuity Camera.  Based on my knowledge, all Apple employees with access to the Continuity Camera source code, work in or near Cupertino,

3

or the locations I have named above, and no Apple employee located in New Jersey has access to the Continuity Camera source code.

17.    Based on my knowledge, technical documents, working files, and records relating to Continuity Camera are likewise created, maintained, and primarily accessed by Apple employees working primarily in or near Cupertino.

18.    I am not aware of Apple maintaining any unique working files or relevant technical documents relating to Continuity Camera in New Jersey.

19.    I am not aware of any Apple employee located in New Jersey who possesses unique, relevant knowledge relating to Continuity Camera.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2026.

/s/
Brad Ford

4