# EXHIBIT 6

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINCUBATE, LTD., | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:26-cv-00828 |
| APPLE INC., | (CCC-AME) |
| *Defendant*. | **JURY TRIAL DEMANDED** |

**DECLARATION OF JAMES INFUSINO IN SUPPORT OF
APPLE INC.'S MOTION TO TRANSFER VENUE**

I, James Infusino, hereby declare as follows:

1.      I am over the age of eighteen and competent to make this declaration. I am employed by Apple Inc. ("Apple") as an Engineering Manager in Apple's Video Applications group. My place of work is Culver City, California. I have been employed by Apple since August 2020.

2.      I provide this declaration in support of Apple's Motion to Transfer Venue in the above-captioned case. Unless otherwise indicated, the statements in this declaration are based upon my personal knowledge. If called to testify, I could and would testify competently and truthfully to the matters set forth herein.

3.      Apple is a California corporation with a global business headquartered in Cupertino, California.

4.      I understand that, as of April 2026, Apple employs tens of thousands of employees in the Northern District of California.

5.      I understand that Plaintiff Reincubate, Ltd. filed this action against Apple in the United States District Court for the District of New Jersey.

6.      I am an Engineering Manager within Apple's Video Applications group.  In this role, I am responsible for managing engineers and overseeing the development of video application features, including Final Cut Camera and the Live Multicam feature that is integrated into Final Cut Pro for iPad.

7.      Consequently, I possess direct knowledge of the identities, professional roles and responsibilities, and physical work locations of the individuals and teams involved in the development, design, and ongoing maintenance of Final Cut Camera and the Live Multicam feature.  I also possess direct knowledge of the locations where technical documentation and records relating to Final Cut Camera and the Live Multicam feature are created and stored.

8.      Based on my personal knowledge and my work at Apple, Final Cut Camera and the Live Multicam feature were researched, designed, developed, and tested by Apple engineers on my team, which includes 10 individuals.  These individuals are located primarily in Culver City, San Diego, or Cupertino, California, with one team member located in Boulder, Colorado.  No member of my team resides in New Jersey or performs work on Final Cut Camera and the Live Multicam feature from New Jersey or in conjunction with New Jersey-based personnel.  While there is one individual in the broader Video Applications group who to the best of my knowledge resides in New Jersey, that individual does not report to me and had no direct involvement in Final Cut Camera and the Live Multicam feature.

9.      I manage the team responsible for the ongoing development and maintenance of Final Cut Camera and the Live Multicam feature.

2

10. As part of my role, I regularly collaborate with members of my team and other teams that support Final Cut Camera and the Live Multicam feature, including through in-person meetings, virtual meetings, and Apple's internal communications and engineering systems. Through this work, I am familiar with the identities and work locations of the personnel involved in the design, development, ongoing maintenance, and testing of Final Cut Camera and the Live Multicam feature.

11. Based on my personal knowledge and my work at Apple, the source code relating to Final Cut Camera and the Live Multicam feature is maintained in Apple's internal source code repositories.

12. Access to Final Cut Camera and the Live Multicam feature source code is restricted on a need-to-know basis to Apple employees who work on or support the feature, including engineers and related technical personnel. Based on my knowledge, the Apple employees who have access to this source code primarily work in California, including in Culver City, San Diego, and Cupertino, or Boulder, Colorado. I am not aware of any Apple employee located in New Jersey who has access to this source code.

13. Based on my personal knowledge and my work at Apple, technical documents, working files, and records relating to Final Cut Camera and the Live Multicam feature are likewise created, maintained, and primarily accessed by Apple employees working primarily in or near Culver City, San Diego, Cupertino, or Boulder.

14. I am not aware of Apple maintaining any unique working files or relevant technical documents relating to Final Cut Camera and the Live Multicam feature in New Jersey.

15. I am not aware of any Apple employee located in New Jersey who possesses unique, relevant knowledge relating to Final Cut Camera and the Live Multicam feature.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2026.

_____
James Infusino