# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

REINCUBATE, LTD.,

        *Plaintiff*,

    v.

APPLE INC.,

        *Defendant*.

Civil Action No. 2:26-cv-00828

(CCC-AME)

**JURY TRIAL DEMANDED**

**DECLARATION OF HALLE MATTHEWS IN SUPPORT OF
<u>APPLE INC.'S MOTION TO TRANSFER VENUE</u>**

I, Halle Matthews, hereby declare as follows:

1.    I am over the age of eighteen and competent to make this declaration.  I am employed by Apple Inc. ("Apple") as a Finance Manager on Apple's Central Finance team.  While I am currently based in Arizona, I am planning to move in and around the Santa Clara Valley area in Northern California in June 2026.  At that time, my primary place of work will be Cupertino, California, which is in the Northern District of California ("NDCA").

2.    I provide this declaration in support of Apple's Motion to Transfer Venue in the above-captioned case.  Unless otherwise indicated, the statements in this declaration are true and correct based upon my personal knowledge, my review of corporate records maintained by Apple in the ordinary course of business, and/or my discussions with Apple employees.  If called to testify, I could and would testify competently to the matters set forth herein.

3.    I have reviewed the Complaint and I understand that Plaintiff Reincubate, Ltd. ("Reincubate") filed this action against Apple in the United States District Court for the District

of New Jersey.  Based on my review of the Complaint, I understand that Reincubate alleges the following claims:  (1) anticompetitive conduct in violation of the Sherman Act, (2) unenforceability of the Developer Program License Agreement (DPLA), and (3) that Continuity Camera and Final Cut Camera with the Live Multicam functionality in Final Cut Pro for iPad (collectively, "Accused Products") infringe certain patents.

4.      In my role as Finance Manager, I am knowledgeable about Apple's sales and financial information relating to the Accused Products implicated by the allegations in the Complaint.  In the ordinary course of business, my team generates and maintains reports concerning Apple's sales and financial information.

5.      Apple employees who have financial reports and knowledge relevant to the sales and profitability of these Accused Products, including members of my team, work primarily in Cupertino.  I am not aware of any Apple employee located in New Jersey who has financial reports relevant to the sales and profitability of these Accused Products.  None of my team members work with individuals located in New Jersey.

6.      Documents and data concerning sales and financial information for these Accused Products are primarily stored on (a) local computers located in or around Cupertino, California and/or (b) stored electronically in shared locations.  These records can only be accessed by individuals with appropriate credentials and are provided on a need-to-know basis.

7.      As of the date of my declaration, Apple operates retail stores in 44 states, including New Jersey, and the District of Columbia, and derives revenues from these retail stores.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2

Executed on April 30, 2026.

/ _Halle Matthews_ /
Halle Matthews