**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 <br> (CCC-AME) <br><br> **[PROPOSED] ORDER** <br><br> *Electronically Filed* |

**THIS MATTER** having come before the Court on Defendant Apple Inc. ("Apple")'s Motion to transfer this action, under 28 U.S.C. § 1404(a), to the Northern District of California; and the Court having considered all papers submitted; and for good cause shown;

**IT IS** on this_____ day of _____, 2026,

**ORDERED** that Apple's Motion to Transfer Venue is hereby GRANTED; and it is further

**ORDERED** that Apple's responsive pleading deadline shall be deferred to a date set by the transferee court; and it is further

**ORDERED** that this action is hereby transferred to the United States District Court for the Northern District of California; and it is further

**ORDERED** that the Clerk of the Court is hereby ordered to close this case and transfer and transmit the files of this matter to the United States District Court for the Northern District of California.

**SO ORDERED**.

_____
HON. CLAIRE C. CECCHI, U.S.D.J.