# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

REINCUBATE, LTD.,

     Plaintiff,

v.

APPLE, INC.,

     Defendant.

Civil Action No. 2:26-cv-00828 (CCC-AME)

**JURY TRIAL DEMANDED**

I, David L. Hecht, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

## I.    INTRODUCTION AND PERSONAL KNOWLEDGE

1.    I am an attorney at Hecht Partners LLP, counsel of record for Plaintiff Reincubate, Ltd. ("Reincubate") in the above-captioned action. I submit this Declaration in opposition to Defendant Apple Inc.'s ("Apple") Motion to Transfer Venue. The matters set forth herein are based on my personal knowledge and my review of materials assembled at my direction by attorneys and personnel acting under my supervision. If called as a witness, I could and would testify competently to the matters set forth herein.

2.    I have personal knowledge of the work product described in this Declaration. The compilation of publicly accessible LinkedIn profile pages

- 1 -

described below was prepared at my direction and under my supervision for use in opposing Apple's Motion to Transfer Venue.

3.    Attached as **Exhibit A** to this declaration is a true and correct copy of the declaration of Aidan Fitzpatrick.

## II.    PUBLIC LINKEDIN PROFILE COMPILATION — APPLE EMPLOYEES WITH NEW JERSEY RESIDENCE OR NEW YORK CITY METROPOLITAN WORK BASE

4.    At my direction, attorneys and personnel of Hecht Partners LLP identified and compiled publicly accessible LinkedIn profile pages of individuals (i) currently identified on the public-facing portion of their LinkedIn profiles as employed by Apple Inc., and (ii) currently identified on the public-facing portion of their LinkedIn profiles as residing in the State of New Jersey or as having a stated work base in the New York City Metropolitan Area.

5.    The compilation was assembled in or about May 2026 by review of publicly accessible LinkedIn profile pages, as displayed on the LinkedIn website at https://www.linkedin.com. No portion of the compilation reflects information obtained through any non-public means. No LinkedIn account credentials, paid subscription features, or non-public Apple records were used to identify the individuals in the compilation; the individuals were identified by review of the public-facing portions of their LinkedIn profiles only.

- 3 -

6.      Attached to this Declaration as **Exhibit B** is a true and correct copy of that compilation. Exhibit B contains, for each Apple employee identified, the following information as displayed on the individual's publicly accessible LinkedIn profile: (i) the individual's name; (ii) the individual's listed location; (iii) the individual's current Apple role and title; (iv) a summary of the individual's Apple work history as displayed on LinkedIn, including the duration of the individual's Apple employment, position titles held within Apple, and (where stated) place of work; (v) the individual's professional-summary text, where present; and (vi) the URL of the LinkedIn profile from which the information was taken.

7.      Among the individuals identified in Exhibit B are the following, each of whose role and listed location is set forth on the public-facing portion of his or her LinkedIn profile:

a.      **Nick Ascheim** — Senior Director, Services at Apple. Location: Montclair, New Jersey, United States. https://www.linkedin.com/in/nickascheim.

b.      **Stephanie Hack** — Partner Relations Advisor, App Store Review at Apple. Location: Livingston, New Jersey, United States. https://www.linkedin.com/in/stephanie-hack-227523174.

c.      **Darshan Joshi** — Senior System Design Engineer at Apple, professional-summary text describing himself as a "Full-time wireless engineer at Apple. Area of Interest: Wireless and Networking, RF Engineering and Software

- 3 -

Development," with technical specialty including "W-LAN (802.11 b/g/n/ac protocol)." Location: Jersey City, New Jersey, United States.

https://www.linkedin.com/in/darshanrjoshi.

     d.    **Ajanta Phatak** — Engineering Manager at Apple Pay. Location: South Orange, New Jersey, United States. https://www.linkedin.com/in/ajanta-phatak.

     e.    **David Guild** — Applecare Analytics and Forecasting — Head of iTunes Forecasting at Apple. Location: Livingston, New Jersey, United States. https://www.linkedin.com/in/davidguild.

     f.    **Brian R.** — Senior Software Engineering Manager, Apple Music at Apple. Location: New Jersey, United States. https://www.linkedin.com/in/brianrogosky.

     g.    **Mike Greco** — Senior Engineering Manager at Apple, with professional description that he "manage[s] an Engineering Special Projects team within Information Security." Location: New York City Metropolitan Area. https://www.linkedin.com/in/mike-greco-2283ba34.

     h.    **Michael Donato III** — Sports Technical Partner Manager at Apple. Location: New York City Metropolitan Area. https://www.linkedin.com/in/michael-donato-iii-ba6a01ba.

8. Attached as **Exhibit C** hereto is a true and correct copy of a Corsair Gaming, Inc. investor-relations press release titled "Turn your phone into a webcam: Corsair Acquires EpocCam," which I obtained on May 21, 2026 from Corsair's investor-relations website at https://ir.corsair.com/news-releases/news-release-details/turn-your-phone-webcam-corsair-acquires-epoccam/.

9. Attached hereto as **Exhibit D** is a true and correct copy of the LinkedIn company page for Elgato, which I accessed on May 21, 2026 at https://www.linkedin.com/company/elgato/ and printed to PDF in the form attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2026, in Livingston, New Jersey.

*/s/ David L. Hecht*
David L. Hecht
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, New York 10017
