# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 (CCC-AME) <br><br> **DECLARATION OF AIDAN FITZPATRICK** <br><br><br> ORAL ARGUMENT REQUESTED |

I, Aidan Fitzpatrick, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

## I.    INTRODUCTION AND PERSONAL KNOWLEDGE

1.    I am the Chief Executive Officer of Plaintiff Reincubate, Ltd. ("Reincubate"). I submit this Declaration in opposition to Defendant Apple Inc.'s ("Apple") Motion to Transfer Venue. The matters set forth herein are based on my personal knowledge, my review of corporate records maintained by Reincubate in the ordinary course of business, and information assembled at my direction by Reincubate personnel. If called as a witness, I could and would testify competently to the matters set forth herein.

2.    I founded Reincubate and have served as its Chief Executive Officer continuously since its formation. I am personally familiar with Reincubate's

- 1 -

business operations, personnel, document custody, products, intellectual property, and the company's interactions with Apple over the past several years.

## II.    REINCUBATE IS HEADQUARTERED IN LONDON AND ITS PERSONNEL ARE CONCENTRATED IN EUROPE

3.    Reincubate is a private limited company organized under the laws of England and Wales. Reincubate maintains its registered office and principal place of business in London, England.

4.    Reincubate's senior executives, including me as Chief Executive Officer, are based in the UK with one exception, Rachael Troughton who is based in Mallorca, Spain. All senior executives are based in Europe.

5.    Reincubate's engineering team responsible for the design, development, testing, and ongoing maintenance of the Camo Studio and Camo Camera applications is principally based in or near London, with additional engineering contributors based elsewhere in Europe, principally in the UK, and a few in other countries. Two of our full time team members are contractors located in the United States, including one in New Hampshire (on the team that handles Windows) and one in New York (community management). Reincubate has no legal establishment in the United States.

6.    The witnesses Reincubate is likely to call in this litigation — including witnesses with personal knowledge of Camo's development, Reincubate's

communications with Apple, and the harm Reincubate has sustained — are principally based in the UK.

## III.  REINCUBATE'S DOCUMENTS AND RECORDS ARE ELECTRONICALLY MAINTAINED AND ACCESSIBLE FROM ANYWHERE

7.    Reincubate's documents and business records, including engineering source code, technical documentation, customer-support records, financial records, executed agreements, and correspondence, are maintained electronically in cloud-based systems. These records are accessible to authorized personnel from any location with appropriate credentials. No material category of Reincubate's records is uniquely available in California or any other physical location.

## IV.  TRAVEL FROM LONDON TO NEWARK IS MATERIALLY SHORTER THAN TO SAN JOSE

8.    Direct commercial flights between London, United Kingdom, and the New York / Newark metropolitan area are generally available daily from London Heathrow and London Gatwick airports, with typical published flight durations of approximately seven to eight hours westbound. As far as I know, direct flights from the UK to San Jose are not offered.

9.    Direct commercial flights between London and the San Francisco Bay Area are available, with typical published flight durations of approximately eleven

- 3 -

to twelve hours westbound. I understand that San Francisco is approximately 50 miles from San Jose.

10.    The time-zone burden of travel from London is also greater for travel to West than to the East coast of the U.S. Eastern Time differs from London time by approximately five hours; Pacific Time differs from London time by approximately eight hours. The smaller time-zone offset results in a substantially less disruptive travel, jetlag, and work schedule for UK-based witnesses.

## V.    THE APPLE-REINCUBATE DEVELOPER RELATIONSHIP WAS ADMINISTERED PRINCIPALLY OUT OF APPLE'S LONDON OFFICE

11.    From in or about early 2021 through the present, the great majority of Reincubate's day-to-day communications with Apple personnel in connection with Reincubate's participation in the Apple Developer Program have been with Apple personnel based in London at Apple Europe Ltd.

12.    Reincubate's primary Apple point of contact during the relevant period has been SiQing Lin, who has served as the Senior Partnership Manager assigned to Reincubate within Apple's Worldwide Developer Relations organization. Based on my regular email correspondence and direct interactions with Ms. Lin, including the standard signature block she has used in her communications with Reincubate, Ms. Lin's place of work is Apple Europe Ltd in London, United Kingdom and she informed me that she was responsible for UK and Ireland.

- 4 -

13.     Other Apple personnel based in the UK with whom I or Reincubate's team have communicated occasionally include, on information and belief, Mr. Steven Woolcock (Apple Technology Evangelist, Worldwide Developer Relations) in the UK; Mr. Alberto Ricci (Senior Partnership Manager focused on iPhone and iPad) in the UK; Mr. Michel Sutter (Former Partnership Manager) in the UK; engineers like Dean Bilotti in the UK; Members of the Business (retail) team in the UK; and additional Worldwide Developer Relations personnel based in the UK.

14.     My in-person interactions with Apple personnel based in Cupertino, California, by contrast, have been very rare and have occurred principally at Apple-organized events (such as the WWDC keynotes), usually at Apple's invitation. The everyday, working relationship between Reincubate and Apple in connection with the Apple Developer Program has been administered out of London.

## VI.    THE CUPERTINO TRIPS APPLE REFERENCES WERE APPLE-ORCHESTRATED EVENTS

15.     I attended Apple's June 6, 2022 Worldwide Developers Conference ("WWDC22") at Apple Park in Cupertino. Apple invited me to attend that event by formal email invitation from Apple Events, including required COVID-19 testing protocols and access credentials. I attended WWDC22 because Apple invited Reincubate to do so, not because Reincubate has any business operations or recurring presence in Cupertino.

- 5 -

16.    The next day, on June 7, 2022, I attended an in-person meeting at Apple's Tantau Avenue offices in Cupertino. I attended that meeting in response to a formal invitation from the Apple's SiQing Lin.

17.    I attended Apple's June 5, 2023 WWDC23 event at Apple Park, again at Apple's formal RSVP invitation. During WWDC23, I met in person with Apple's Senior Vice President of Software Engineering, Mr. Craig Federighi. I informed Mr. Federighi that Reincubate owned the intellectual property covering our technology.

18.    Apart from these Apple-invited and Apple-organized events at Apple Park and Apple's Tantau Avenue offices, neither I nor any other Reincubate employee has had any business reasons to travel to Cupertino. Reincubate maintains no personnel or business records in California, and Reincubate's customers are global.

## VII.  THE POST-FILING DPLA RE-ACCEPTANCES ON FEBRUARY 9, 2026, MARCH 27, 2026, AND MAY 15, 2026, WERE REQUIRED TO MAINTAIN REINCUBATE'S APP STORE ACCESS

19.    Reincubate filed the complaint in this action on January 27, 2026.

20.    On or about February 9, 2026 — approximately two weeks after Reincubate filed the complaint — Apple presented Reincubate, through the standard Apple Developer Portal click-through interface, with a new version of the Developer Program License Agreement ("DPLA"). The interface required Reincubate to accept the new version in order to continue accessing the Apple

Developer Program and to keep Reincubate's Camo applications live and distributable on the App Store and to be able to continue building and updating the Camo applications.

21. On or about March 24, 2026 — approximately two months after Reincubate filed the complaint — Apple again presented Reincubate, through the same click-through interface, with another new version of the DPLA. As before, the interface required Reincubate to accept the new version in order to continue accessing the Apple Developer Program and to keep Reincubate's Camo applications live and distributable on the App Store. We signed on March 27 and very shortly after we submitted that signature we were presented with yet another click-through agreement to review and sign referred to as Schedule 2 for Paid Applications.

22. On or about May 15, 2026 — approximately three and one-half months after Reincubate filed the complaint — Apple again presented Reincubate, through the same click-through interface, with a further new version of the DPLA. As before, the interface required Reincubate to accept the new version in order to continue accessing the Apple Developer Program and to keep Reincubate's Camo applications live and distributable on the App Store.

23. Reincubate's business depends materially on continued availability of Reincubate's Camo applications and the ability to "notarize" test builds as we

- 7 -

update the apps and test them before release. Reincubate accepted the new DPLA versions on February 9, 2026, March 27, 2026, and May 15, 2026, to preserve continued App Store access while this action is pending.

24.    Failing to timely sign any of Apple's updated DPLAs, Apple blocks us from "notarizing" our app builds, including internal test builds. That effectively prevents us from testing or sharing Apple-platform builds and significantly stalls development. It also cuts off access to Apple reporting metrics, leaving us unable to monitor product performance. This appears to happen shortly after a new DPLA is issued and remains unsigned, within about 30 days.

25.    To my knowledge, the DPLA — including section 14.10 — has at all relevant times been presented to Reincubate, and to other Apple developers, on a take-it-or-leave-it basis through Apple's standard click-through interface.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 22nd of May 2026, in London, United Kingdom.

_____
Aidan Fitzpatrick
Chief Executive Officer
Reincubate, Ltd.