# EXHIBIT B

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Nick Ascheim | Montclair, New Jersey, United States | Senior Director, Services at Apple | Senior Director, Services \| Apple ¬∑ Full-time \| Jun 2020 - Present ¬∑ 6 yrs \| New York, New York, United States ¬∑ On-site | Executive with 20+ years as a business builder, and innovative product and content creator. Proven, data-driven strategic leader with success growing audiences, revenue, and profits. Expert at navigating between product, editorial, and sales, and at hiring and inspiring exceptional cross-discipline teams. | https://www.linkedin.com/in/nickascheim |
| Elaina DiDomenico | Greater Philadelphia | Leadership Talent Attraction Manager at Apple | Talent Attraction Manager | A decisive and strategic talent acquisition professional with 18+ years of experience and proven ability to work independently and thrive in a fast-paced, team environment; flexible, supportive and adaptive to changes. Considered a respected consultant and business partner in all aspects of full cycle recruiting for professional, managerial, B2B, and executive level positions. Possesses extensive experience in managing complexity across functional and organizational lines, recognized for achieving outstanding results. Established reputation for developing cohesive teams, planning and implement | https://www.linkedin.com/in/elainadidomenico |
| Kathleen Ryan | Paramus, New Jersey, United States | Leadership Recruiter  at Apple | Leadership Recruiter | The next generation of leaders is more diverse. Apple is a multigenerational company with employees from 18 to 87. We support the development of all our employees throughout their Apple journey, and we are proud that so many of our people choose to remain at Apple for a long time.  Employees under 30 represent a third of our total workforce. They are our most diverse and fastest-growing population. Today, 45 percent of leaders under 30 are women, and 17 percent are underrepresented minorities. And we‚Äôre deeply committed to ensuring that each generation of leaders is more representative than the | https://www.linkedin.com/in/kathleenryan01 |
| Michael Donato | New York City Metropolitan Area | Sports Technical Partner Manager at Apple | Sports Technical Partner Manager \| Apple \| May 2024 - Present ¬∑ 2 yrs 1 mo \| Partner Management, Data Analysis and +1 skill \| National Basketball Association (NBA) \| 4 yrs 9 mos \| Replay Center Content Supervisor \| Oct 2022 - May 2024 ¬∑ 1 yr 8 mos \| New York City Metropolitan Area | Experience in Partner Management, Data & Statistical Analysis, Project Management, Business Operations, Content Operations, Executive Assistance, Marketing, Accounts Payable/Receivable and Business Analytics developed through Apple, the National Basketball Association, Spero Media, Sportradar, Orthodontic Specialist PC and the New York Red Bulls Youth Academy.  Graduate of Fordham University's Gabelli School of Business as a Business Administration major with a primary concentration in Management and a secondary concentration in Sports Business.  Top skills  Communication ‚Ä¢ Problem Solving ‚Ä¢ | https://www.linkedin.com/in/michael-donato-iii-ba6a01ba |
| Tom Stephan | New York, New York, United States | Technical Recruiter at Apple (SWE) | Technical Recruiter \| Apple ¬∑ Contract \| May 2025 - Present ¬∑ 1 yr 1 mo \| New York, New York, United States ¬∑ Remote \| Technical Recruiter for SWE (R&D), AI/ML, OS & Internet Services, Wireless Technologies & Ecosystems, Sensing & Connectivity, Connected Experiences, Core Wi-Fi, Wi-Fi AI, Bluetooth, Proximity, Interaction, Applied AI/ML, Computer Vision, Visual Intelligence, Spatial Audio, Location, Core Motion, Satellite, Precision Finding, Privacy, Core OS, Embedded ML/Systems, Cellular Protocol, Firmware, eSIM, & Chipset \| ‚Ä¶ more \| Newsroom \| Apple \| Executive Search, Hacking and +7 skills | Dad, Husband, MSW, IT Recruiter, Aries, 9 games away from the complete North American NES set - any available? Top skills  Artificial Intelligence (AI) ‚Ä¢ Predictive Modeling ‚Ä¢ Advanced Machine Intelligence (AMI) ‚Ä¢ Software Development Life Cycle (SDLC) ‚Ä¢ Internet Protocol Suite (TCP/IP) | https://www.linkedin.com/in/thomasbradstephan |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Ajanta Phatak | South Orange, New Jersey, United States | Engineering Manager at Apple Pay | Engineering Manager | Apple ¬∑ Full-time | Jul 2021 - Present ¬∑ 4 yrs 11 mos | New York, New York, United States | LinkedIn helped me get this job | helped me get this job | Foursquare | 2 yrs 5 mos | Engineering Manager | Have a full life cycle experience in a variety of software development projects. Have been extremely hands-on and team oriented to deliver technology solutions as per the client/customer requirements. Specialties: Technological expertise in Wireless, Web Portals, OO Design and development. Business knowledge in Financial trading systems, Telecommunications - OSS/BSS systems, and Wireless - mobile internet industries. | https://www.linkedin.com/in/ajanta-phatak |
| Stephen Heydel | Pequannock, New Jersey, United States | Senior Manager | Experience | Apple | 16 yrs 5 mos | Senior Manager | Nov 2012 - Present ¬∑ 13 yrs 7 mos | Global Program Manager | Full-time | Jan 2022 - Jul 2022 ¬∑ 7 mos | United States | MBTI: ISTJ  StrengthsFinder Top 5 ‚Ä¢ Focus ‚Ä¢ Restorative ‚Ä¢ Competition ‚Ä¢ Analytical ‚Ä¢ Learner | https://www.linkedin.com/in/stephenheydel |
| Justin Yu | New York City Metropolitan Area | AMP Operations Strategy & Product Manager at Apple | Experience | Apple | Full-time ¬∑ 6 yrs 7 mos | AMP Operations Strategy & Product Manager | Apr 2023 - Present ¬∑ 3 yrs 2 mos | Cupertino, California, United States ¬∑ Hybrid | - Drive cross-functional strategic projects focused on improving operational efficiencies with a focus on customer experience | - Operational Cross-Functional DRI for Lyrics Translation and Transliteration feature for Apple Music | - Obtained Executive buy-in for Ops resourcing strategy and pitch | Justin is part of the Apple Media Products Strategy and Expansion team focused on growing Apple Music, TV+, App Store internationally. He sits at the intersection of strategy and execution, tackling some Apple‚Äôs most challenging cross-functional projects. His role includes ideating and quantifying impact of new strategic projects, creating executive pitches to inform engineering roadmaps, gathering business product requirements, and executing cross-functional projects from buy-in to launch.  Justin is a former strategy consultant, creating analyses to inform strategic recommendations across mu | https://www.linkedin.com/in/justinmyu |
| Carmen Stangota | New York City Metropolitan Area | Worldwide Strategy & Planning, Enterprise Sales Enablement at Apple | Experience | Apple | 14 yrs 5 mos | Worldwide Strategy & Planning, Enterprise Sales Enablement | Sep 2020 - Present ¬∑ 5 yrs 9 mos | Focused on strategy, development and implementation of globally scalable sales enablement and training programs for Apple ºs enterprise channel partners. | ‚Ä¶ more | Headquarters Enterprise Sales Lead | 2016 - Sep 2020 ¬∑ 4 yrs 9 mos | Results-driven leader motivated to solve problems and make a positive impact on customers in the adoption of advanced technology solutions. Proven solution-based consultative selling experience working with enterprise partners, navigating complex organizations, and establishing critical relationships to exceed revenue goals. Core competencies in enterprise account management, business development, and channel partnerships. Proactive planner with demonstrated ability in the execution of sales strategies, strategic business planning, and demand generation initiatives. | https://www.linkedin.com/in/carmenstangota |
| Michael Philips | New York City Metropolitan Area | Failure Analysis Engineer - Post Market Surveillance at Apple | Failure Analysis Engineer - Post Market Surveillance | Apple | Nov 2020 - Present ¬∑ 5 yrs 7 mos | - Technical SME for Failure analysis and Root cause analysis across Software Medical Device (SaMD) portfolio | - Adverse Event and Vigilance process owner | - Engineering assessments of software logs: evaluating signal processing algorithms, sensor data, and system processes for the purpose of identifying root cause | ‚Ä¶ more | Independent Consultant - Medical Devices | Self-employed ¬∑ Self-employed | Subject Matter Expert and PMP Certified Project Manager specializing in Medical Device Quality Assurance and Post Market Surveillance.  My dedication to efficiency and commitment to process improvement is paramount to the success I have achieved throughout my career. My technical background is in Engineering, having earned a Bachelors and Masters degree focused in Biomedical Engineering from the New Jersey Institute of Technology. | https://www.linkedin.com/in/mphilips1228 |
| Haya Gaviola | New York City Metropolitan Area | Product Designer, Wallet & Apple Pay at Apple | Product Designer, Wallet & Apple Pay | Apple ¬∑ Full-time | Sep 2019 - Present ¬∑ 6 yrs 9 mos | New York, New York, United States ¬∑ Hybrid | Product Design, Conceptual Design and +3 skills | Wayfair | Full-time ¬∑ 1 yr 1 mo | Product Design Lead, Enterprise | Dec 2018 - Jul 2019 ¬∑ 8 mos | | https://www.linkedin.com/in/hayagaviola |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Ian Drew | New York City Metropolitan Area | Head of Editorial Copy | AI Strategy | Ô£ø Apple | Head of Editorial Copy, AI Strategy | Apple | Feb 2021 - Present ¬∑ 5 yrs 4 mos | New York, New York, United States | Editorial Director, Consumer Group | Billboard | Mar 2019 - Feb 2021 ¬∑ 2 yrs | Los Angeles, California, United States | Global Head of Editorial | As a tech and media executive behind groundbreaking platforms, services, and experiences, I build global brands and deliver high-impact, award-winning results.  I am an integral team leader, developing premium products and connecting communities by using AI and data to produce multi-channel content ecosystems.  Offering a potent, unique mix of AI, product, strategy, UX, editorial, and operations expertise, I drive and shape creative direction, expansion, and efficiency.  WHERE I EXCEL - Leading cross-functional teams and organizations -Generative AI and agentic workflow integration -Data-driven | https://www.linkedin.com/in/iandrew1 |
| Jess Kustra | New York City Metropolitan Area | UI Engineer at Apple | UI Engineer | Apple | Sep 2022 - Present ¬∑ 3 yrs 9 mos | New York, New York, United States | Ro | 1 yr 6 mos | New York, New York, United States | Product Designer | Aug 2021 - Jun 2022 ¬∑ 11 mos | | https://www.linkedin.com/in/jessicakustra |
| Terence Pillay | Summit, New Jersey, United States | Senior Advisor at Apple | Senior Advisor at Apple | Project management in information technology for the financial industry. | https://www.linkedin.com/in/terence-pillay-b1a8943 |
| Domenick Carino | New York City Metropolitan Area | Senior Manager | Sales Operations at Apple | Experience | Apple | 15 yrs 7 mos | New Jersey, United States | Senior Manager | Sales Operations | Full-time | Apr 2018 - Present ¬∑ 8 yrs 2 mos | Employee Engagement, Operational Compliance and +27 skills | SMB Business Development | I‚Äôm a growth-focused leader with more than 16 years at Apple, where I‚Äôve had the opportunity to shape subscription services, SMB development, and retail strategy. My passion is ensuring Apple and our teams unlock growth, whether that‚Äôs by scaling new subscription offerings, building business partnerships, or developing leaders to deliver exceptional customer experiences. | https://www.linkedin.com/in/domenickcarino |
| Ramon Sandoval | New York City Metropolitan Area | Senior Software Engineer at Apple | Senior Software Engineer at Apple | | https://www.linkedin.com/in/ramon-sandoval-0552a258 |
| Sourabh Pal | New York City Metropolitan Area | Senior Partner Engineer | SWE at Apple | Experience | Apple | Full-time ¬∑ 7 yrs 4 mos | Senior Partner Engineer | SWE | Sep 2023 - Present ¬∑ 2 yrs 9 mos | New York, New York, United States | IDs in Wallet | Partner Engineer | SWE | Jun 2021 - Sep 2023 ¬∑ 2 yrs 4 mos | Self motivated full stack developer with experience building projects in multiple frameworks on enterprise level infrastructure. I enjoy taking on challenges, as well as designing and building things. Formerly an IT consultant doing performance engineering. Love being a part of a dedicated team focused on making the best possible product.  Top skills Software Development ‚Ä¢ Databases ‚Ä¢ Testing ‚Ä¢ Leadership ‚Ä¢ Software Quality Assurance | https://www.linkedin.com/in/sourabhp203 |
| Yuchi Zhang | New York City Metropolitan Area | Senior Software Engineer at Apple | Software Engineer | Apple ¬∑ Full-time | Aug 2021 - Present ¬∑ 4 yrs 10 mos | New York City Metropolitan Area | Apple Media Product | Software Engineer Intern | Apple ¬∑ Full-time | May 2020 - Aug 2020 ¬∑ 4 mos | Cupertino, California, United States | | https://www.linkedin.com/in/yuchi-zhang-bb86a8170 |
| Chris Muskopf | New York City Metropolitan Area | Enterprise Account Executive at Apple | Enterprise Account Executive | Apple ¬∑ Full-time | Oct 2022 - Present ¬∑ 3 yrs 8 mos | New York, New York, United States | FCB Health | 13 yrs 9 mos | SVP, Group Management Director | Full-time | Nov 2021 - Oct 2022 ¬∑ 1 yr | | https://www.linkedin.com/in/cmuskopf |
| Animesh G | Edison, New Jersey, United States | Site Reliability Engineer at Apple | Site Reliability Engineer | Apple | Sep 2020 - Present ¬∑ 5 yrs 9 mos | New York City Metropolitan Area | Infrastructure, Jenkins and +8 skills | DevOps Engineer | Comcast ¬∑ Contract | Jul 2019 - Oct 2021 ¬∑ 2 yrs 4 mos | Philadelphia, Pennsylvania, United States | | https://www.linkedin.com/in/animesh-g-484471207 |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Shelley Foo | New York City Metropolitan Area | Engineering Program Manager, Apple Services Engineering at Apple | Engineering Program Manager, Apple Services Engineering | Apple | Nov 2025 - Present ¬∑ 7 mos | New York, New York, United States | Senior Project Manager / Program Manager, Data Engineering | Macy's | May 2022 - Nov 2025 ¬∑ 3 yrs 7 mos | New York City Metropolitan Area | Led enterprise-wide data engineering and analytics programs/initiatives to modernize reporting and enable trusted, certified data & insights across Macy‚Äôs. Partnered with senior business and technology leaders to deliver scalable data foundations to support strategic decision making. Led cross-functional team of 20+ individuals | Currently an Engineering Program Manager at Apple, I‚Äôm energized and excited to be in an environment where I  build strong relationships across organizations, lead high performing teams, and marry strategy & execution in complex environments to deliver delightful solutions for end users.  Over the past 12 years, I‚Äôve led large-scale programs and teams across a variety of domains, including e-commerce/retail, data engineering, oil & gas and ERP implementations (SAP S/4HANA). My strengths lie in connecting technical and business teams to deliver scalable, outcome-driven solutions. I love bringi | https://www.linkedin.com/in/shelleyfoo |
| Liya Guan | New York City Metropolitan Area | Senior Software Engineer at Apple | Senior Software Engineer | Apple ¬∑ Full-time | Sep 2021 - Present ¬∑ 4 yrs 9 mos | New York, New York, United States | LinkedIn helped me get this job | helped me get this job | Software Engineer | Goldman Sachs ¬∑ Full-time | Jul 2019 - Sep 2021 ¬∑ 2 yrs 3 mos | | https://www.linkedin.com/in/liyaguan |
| Carrie Melbourne | Hawthorne, New Jersey | Leadership Recruiter  at Apple | Experience | Apple | 9 yrs | Leadership Recruiter | Full-time | Dec 2022 - Present ¬∑ 3 yrs 6 mos | Leadership Sourcing - Talent Attraction | May 2019 - Dec 2022 ¬∑ 3 yrs 8 mos | Washington DC-Baltimore Area | "We have a real commitment to creating an environment where everyone at Apple feels connected and like they belong. We‚Äôre not just talking about it, we‚Äôre doing ‚Äì and hopefully our people feel that.‚Äù Tim Cook | https://www.linkedin.com/in/carriemelbourne |
| Emily Avila | South Amboy, New Jersey, United States | HomeKit Quality Engineer CE at Apple | Experience | Apple | 3 yrs 10 mos | HomeKit Quality Engineer CE | Internship | Jan 2026 - Present ¬∑ 5 mos | San Diego, California, United States | Technical Specialist | Dec 2024 - Present ¬∑ 1 yr 6 mos | | https://www.linkedin.com/in/emilyavila31 |
| Jay Ravaliya | New York City Metropolitan Area | Senior Software Engineer at Apple | Senior Software Engineer | Apple ¬∑ Full-time | Nov 2024 - Present ¬∑ 1 yr 7 mos | New York City Metropolitan Area ¬∑ Hybrid | Internal Tools, AIML | Python, Node, Postgres, Snowflake, dbt, S3, Apache Airflow. | ‚Ä¶ more | Relocation | Career break | | https://www.linkedin.com/in/jayrav13 |
| Said Allan | New York City Metropolitan Area | User Research Coordinator at Apple | Experience | Apple | 5 yrs | User Research Coordinator | Jan 2025 - Present ¬∑ 1 yr 5 mos | Cupertino, California, United States | Technical Expert | Apr 2022 - Present ¬∑ 4 yrs 2 mos | Technical Specialist | As a Technical Expert at Apple, I provide exceptional technical support and guidance to customers and colleagues, using my expertise in mobile technology, software, and hardware. I troubleshoot complex issues, resolve customer complaints, and ensure high-quality service standards. I graduated from Rowan University with a Bachelor's degree in Computer and Information Sciences, a Concentration in Cyber Security, and a Minor in Arabic Language. I am fluent in Arabic, which enables me to communicate effectively with diverse customers and partners. I am also passionate about learning new technolog | https://www.linkedin.com/in/said-allan-91133a182 |
| Melanie Gutierrez | New York City Metropolitan Area | Hardware Tech Engineering Program Specialist | MBA | Experience | Apple | 11 yrs 9 mos | Hardware Tech Engineering Program Specialist l Global | Full-time | Jan 2023 - Present ¬∑ 3 yrs 5 mos | Cupertino, California, United States ¬∑ On-site | Attention to Detail, Teamwork and +4 skills | Genius Administrator | I‚Äôm someone who loves turning ideas into action and helping teams succeed. I‚Äôve had the privilege of leading training programs, supporting technicians, and making sure we deliver high quality work every day. What really excites me is creating systems and processes that make work smoother for everyone and seeing people grow along the way.  I value collaboration, curiosity, and honesty, and I‚Äôm always learning whether it‚Äôs a new tool, a better workflow, or just a fresh perspective. Outside of work, I love exploring new places, learning about different cultures, and finding inspiration in the lit | https://www.linkedin.com/in/melanie-gutierrez-mba-753b41156 |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Lauren B. | Freehold, New Jersey, United States | Leadership Executive at Apple | Experience \| Apple \| 8 yrs 3 mos \| Leadership Executive \| Full-time \| Jun 2020 - Present ¬∑ 6 yrs \| New Jersey, United States \| Senior Specialist \| Mar 2018 - Jun 2020 ¬∑ 2 yrs 4 mos | As a Leadership Executive at Apple, I contribute to fostering impactful change and advancing education solutions. My role emphasizes the integration of change management practices and educational strategies to enhance organizational success.  Leveraging expertise in K-12 education and literacy, I am dedicated to supporting teams and initiatives that empower learning environments. My mission is to drive innovation and deliver solutions that enable growth and transformation in education.  Top skills  Change Management ,Â¢ Program Development ,Â¢ K-12 Education ,Â¢ Technology Integration ,Â¢ Education | https://www.linkedin.com/in/lauren-b-4695b436 |
| Mike Greco | New York City Metropolitan Area | Senior Engineering Manager at Apple | Experience \| Apple \| 13 yrs 10 mos \| Senior Engineering Manager \| Jan 2015 - Present ¬∑ 11 yrs 5 mos \| I manage an Engineering Special Projects team within Information Security. \| My focus is empowering Apple employees to secure themselves and their infrastructure by providing personalized visibility into critical security datapoints. Our tools enable the Information Security organization to communicate to an enormous and diverse audience in a fast, secure, and user-centric manner. \| ,Â¶ more \| University Programs Manager | | https://www.linkedin.com/in/mike-greco-2283ba34 |
| Taylor Perkins | United States (New York?) | Global Business Development \| Apple Services at Apple | Global Business Development \| Apple Services \| Apple ¬∑ Full-time \| Oct 2025 - Present ¬∑ 8 mos \| New York, New York, United States \| Head of Business Development & Global Business Strategy, Content Partnerships \| xAI \| Apr 2025 - Oct 2025 ¬∑ 7 mos \| New York, New York, United States \| Head of Business Development & Global Business Strategy, Content Partnerships | I,Âôm Taylor! Nice to meet you.  Top skills  Strategic Planning ,Â¢ Strategic Partnerships ,Â¢ Business Development ,Â¢ Negotiation | https://www.linkedin.com/in/taylorlperkins |
| Megan Santhumayor | New York City Metropolitan Area | Software Engineer @ Apple | Software Engineer @ Apple | Apple Services AI/ML | https://www.linkedin.com/in/megansanthumayor |
| Margaux Natiello | New York City Metropolitan Area | Audio + Media Lead at Apple | Audio + Media Lead \| Apple ¬∑ Full-time \| Dec 2025 - Present ¬∑ 6 mos \| Athletic Greens \| Full-time ¬∑ 4 yrs 1 mo \| Senior Manager, Partnerships \| Jan 2023 - Nov 2025 ¬∑ 2 yrs 11 mos \| - Execute end-to-end campaign management for global partnerships channel against growth marketing goals mapping to business-level objectives. \| - Negotiate and implement 100+ complex partner agreements and serve as external partners main point of contact to oversee contract execution. | Driving global growth through strategic media leadership, world-class partnerships, and marketing at scale. | https://www.linkedin.com/in/margaux-natiello-42054b131 |
| Darshan Joshi | Jersey City, New Jersey, United States | Senior System Design Engineer at Apple | Experience \| Apple \| 7 yrs 9 mos \| Senior System Design Engineer \| Full-time \| Sep 2022 - Present ¬∑ 3 yrs 9 mos \| New York, New York, United States \| Python (Programming Language), iOS and +4 skills \| Wireless Engineer | Full-time wireless engineer at Apple.  Area of Interest : Wireless and Networking, RF Engineering and Software Development  Technical Skills: ,Â¢ Wireless & Networking Protocol: LTE-A 3GPP release 10 stack (RRC, MAC and Physical Layer), W-LAN (802.11 b/g/n/ac protocol), OSI Model, TCP/IP, ZigBee, OpenVPN ,Â¢ Software Skills: C++(Proficient),C(Prior Experience), MATLAB(Prior Experience), Python(Proficient), Java(Prior Experience), OpenCV Library with machine learning(Prior Experience), Image Processing(Research work), Android(Prior Experience) ,Â¢ RF Analysis tools: Mentum Planet, WiSpy, InSSIDer, Ae | https://www.linkedin.com/in/darshanrjoshi |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Stephanie Hack | Livingston, New Jersey, United States | Partner Relations Advisor: App Store Review at Apple | Experience | Apple | Full-time ¬∑ 7 yrs 4 mos | Partner Relations Advisor: App Store Review | Sep 2023 - Present ¬∑ 2 yrs 9 mos | California, United States ¬∑ Remote | Passionate Partner Relations Advisor specializing in App Store Review at Apple. Expertly guide developers and publishers through the app submission process, ensuring compliance with Apple's policies. Provide actionable feedback to enhance app quality and user experience. Proficient in app development, I offer technical expertise to facilitate seamless deployments. Proactive issue resolution and effective communication skills drive | | https://www.linkedin.com/in/stephanie-hack-227523174 |
| Lauren Turci | New York City Metropolitan Area | Sr. Program Manager, Online Fulfillment Operations at Apple | Experience | Apple | Full-time ¬∑ 4 yrs 9 mos | Sr. Program Manager, Online Fulfillment Operations | Jan 2025 - Present ¬∑ 1 yr 5 mos | Austin, Texas Metropolitan Area | Immediate Delivery Program | Program Manager, Product Launch Operations | Sep 2022 - Feb 2025 ¬∑ 2 yrs 6 mos | | https://www.linkedin.com/in/laurenturci |
| Michael Semcheski | New York City Metropolitan Area | Software Engineer at Apple | Experience | Apple | Full-time ¬∑ 4 yrs 7 mos | Software Engineer | Nov 2025 - Present ¬∑ 7 mos | Staff Site Reliability Engineer | Nov 2021 - Nov 2025 ¬∑ 4 yrs 1 mo | Bloomberg LP | 10 yrs 9 mos | Making sure Apple Pay is fantastic! Infrastructure as Code, Kubernetes, Open Source and Chaos! | https://www.linkedin.com/in/michaelhsemcheski |
| Karina Sosa | North Arlington, New Jersey, United States | Guest Sourcer with Recruiting Team at Apple | Experience | Apple | 11 yrs 5 mos | Guest Sourcer with Recruiting Team | Apr 2025 - Present ¬∑ 1 yr 2 mos | Communication, Cross-team Collaboration and +3 skills | People Operations Planner | Mar 2022 - Present ¬∑ 4 yrs 3 mos | United States | HR professional with 6+ years of generalist experience supporting fast-paced, highly regulated organizations, complemented by 15+ years in retail operations and leadership. Currently a People Operations Planner, driving workforce planning, talent strategy execution, employee engagement, onboarding, and recognition programs through strong cross-functional partnership with HR. Known for data-driven decision-making, process improvement, and delivering consistent, compliant HR experiences. HR certified with an Associate‚Äôs degree in Early Childhood Education and Teaching. Let's Connect!  Top skill | https://www.linkedin.com/in/karina-sosa-465307119 |
| Yukun Ye | New York City Metropolitan Area | Advanced Manufacturing Engineer at Apple | Advanced Manufacturing Engineer at Apple | AME at Apple Based in Shanghai | https://www.linkedin.com/in/yukunye27 |
| Mark Novak | New York City Metropolitan Area | Senior Software Engineer at Apple | 2012 - Present ¬∑ 14 yrs 5 mos | Apple | Full-time ¬∑ 9 yrs 2 mos | Senior Software Engineer, AppleTV | May 2021 - Present ¬∑ 5 yrs 1 mo | Software Engineer, Maps Client | Jan 2020 - May 2021 ¬∑ 1 yr 5 mos | Software Engineer, Maps Services | Apr 2017 - Jan 2020 ¬∑ 2 yrs 10 mos | | https://www.linkedin.com/in/transitmark |
| Ekta Singh | New York City Metropolitan Area | Software Engineer at Apple | Software Engineer | Apple ¬∑ Full-time | Nov 2022 - Present ¬∑ 3 yrs 7 mos | New York, United States | Software Engineer III | Walmart ¬∑ Full-time | Oct 2022 - Nov 2022 ¬∑ 2 mos | Hoboken, New Jersey, United States | Sophos | Strong problem-solving and organizational abilities with a flexible and detail-oriented attitude. Please feel free to reach me by email at singhekta1291@gmail.com. | https://www.linkedin.com/in/singh-ekta |
| Joey Liang | Middletown, New Jersey, United States | Strategic Data Solutions - Fraud Investigator at Apple | Fraud Prevention Specialist at Apple | Excellent on multitasking, communication, computer applications and desire to experience new challenges to accomplish targeted goal.  NYS Licensed:  Property and Casualty Agent/Broker Life, Accident and Health Agent/Broker Real Estate Salesperson | https://www.linkedin.com/in/joey-liang-79095b42 |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Evan Mahgerefteh | New York City Metropolitan Area | Services & Infrastructure Finance - Cloud Financial Senior Analyst at Apple | Services & Infrastructure Finance - Cloud Financial Senior Analyst | Apple ¬∑ Full-time | Feb 2024 - Present ¬∑ 2 yrs 4 mos | Cupertino, California, United States ¬∑ Hybrid | ‚Ä¢ Build and maintain infrastructure financial models and integrated finance/engineering/ops datasets supporting $XB+ annual spend and $YB+ cost avoidance, which informs cost, efficiency, ROI, and build-vs-buy decisions | ‚Ä¢ Own scenario modeling across storage and data transfer platforms (forecasting, sensitivity analysis, private vs. public cloud economics) to support datacenter buildouts, migrations, and third-party cloud v | FinOps & Cloud Economics Leader with 8+ years of experience managing $XB+ cloud spend. Expert in delivering 1P/3P TCO insights to C-suite leadership and scaling operations via IaC and AI-driven automation. Proven track record in scenario modeling for EiB+ storage platforms and leading cross-functional teams. | https://www.linkedin.com/in/evan-mahgerefteh |
| Vinita Deo | New York City Metropolitan Area | Senior Director, Global Market Research at Apple | Experience | Apple | Full-time ¬∑ 8 yrs 2 mos | Senior Director, Global Market Research | Sep 2022 - Present ¬∑ 3 yrs 9 mos | Cupertino, California | Director, Global Market Research | Apr 2018 - Sep 2022 ¬∑ 4 yrs 6 mos | United States ¬∑ On-site | | https://www.linkedin.com/in/vinita-deo-4b60174 |
| Brian Rogosky | New York City Metropolitan Area | Sr. Software Engineering Manager, Apple Music at Apple | Sr. Software Engineering Manager, Apple Music | Apple ¬∑ Full-time | Aug 2014 - Present ¬∑ 11 yrs 10 mos | New Jersey, United States | Leading projects/teams and designing technology solutions for Services for Apple Music and related products. Big data at Apple scale. Collaborations across engineering teams, data scientists, QA, reliability engineering, product managers, marketing executives and technical program managers. Hiring, growth strategies, operations support, technology strategies, and internal open source. Open source tools and platforms (Java, DropWizard, Spark, Hadoop, Kafka, NoSQL | Brian is a software engineering leader and entrepreneur with over 15 years in engineering leadership and 3 years in academic research.  In his role at Apple, he is leading a team to power the data-driven services for Apple Music and other applications.  In his prior role as Director of Big Data Engineering at Beats Music, he founded the Data Engineering team and architected the back-end data system, built to scale from the first day onwards. Beats Music launched in January 2014, and was acquired by Apple for $3 Billion in August, the largest Apple acquisition in history. Brian was named one | https://www.linkedin.com/in/brianrogosky |
| Justin Eisenberg | New York City Metropolitan Area | Enterprise Executive at Apple | Enterprise Account Executive | Apple ¬∑ Full-time | Feb 2020 - Present ¬∑ 6 yrs 4 mos | New York City Metropolitan Area | Apple products help employees work more simply and productively, solve problems creatively, and collaborate with a shared purpose. And they‚Äôre all designed to work together beautifully. When people have the power to work the way they want, with the tools they love, they can do their best work. | Manage and develop relationships within the Life Sciences vertical for global enterprise clients. Educate and inform customers of industry trends, best practices, and new developments | Experienced leader with a demonstrated history of working in the information technology and services industry. My goal is to assist my clients in finding solutions that pave the way to innovation. | https://www.linkedin.com/in/justineisenberg |
| Marek Kurylko | New York City Metropolitan Area | Product Management, Payments at Apple | Product Management, Payments | Apple | Nov 2020 - Present ¬∑ 5 yrs 7 mos | New York, New York, United States | Mastercard | 3 yrs 3 mos | Director, Product Management - New Payment Platforms & Real Time Payment Applications | May 2019 - Nov 2020 ¬∑ 1 yr 7 mos | New York City Metropolitan Area | | https://www.linkedin.com/in/mkurylko |
| Andrew Kubis | New York City Metropolitan Area | Software Engineer at Apple | Experience | Apple | Full-time ¬∑ 4 yrs | New York, New York, United States | Senior Software Engineer | Oct 2023 - Present ¬∑ 2 yrs 8 mos | Services - Apple Media Products | Software Engineer | Jun 2022 - Oct 2023 ¬∑ 1 yr 5 mos | | https://www.linkedin.com/in/andrew-kubis |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| Chad Miller | New York City Metropolitan Area | Regional FacilitiesProject Manager at Apple | Experience | Apple | 13 yrs 5 mos | Regional FacilitiesProject Manager | Full-time | Jun 2023 - Present ¬∑ 3 yrs | Remote | Designed comprehensive construction, repair and maintenance strategies, overseeing preventative maintenance, reactive repairs, and strategic capital investments.  Managed existing store CAPEX project planning and execution including fixture replacements, storefront door replacements, phased flooring replacements and remodels. | Partnered with cross-functional field teams (NSO, Logistics, Retail Supply, Development, Direct Sourcing, Legal, EHS, Field Ops) and property manag | Highly-efficient and innovative construction and facilities management leader with over 20 years of experience in retail construction and facility management, operations, processes and projects. Proven success in consistently providing the leadership expertise to complete various projects within OPEX and CAPEX budgets. Proficient at communicating and building relationships with vendors, team leaders, clients and upper management. Skilled in training, supervising and coordinating team members toward increased productivity and performance nationwide. Possess an eagerness and solid work ethic to | https://www.linkedin.com/in/chad-miller-19a5785 |
| Gregory Allen III | Marlton, New Jersey, United States | Software Quality Engineer at Apple | Experience | Apple | 3 yrs 10 mos | Software Quality Engineer | Full-time | Dec 2025 - Present ¬∑ 6 mos | San Diego, California, United States | Technical Specialist | Part-time | | https://www.linkedin.com/in/gregoryalleniii |
| Frank Massanova | New York City Metropolitan Area | Growth Marketing Operations Lead at Apple | Experience | Apple | 3 yrs 8 mos | New York, New York, United States | Growth Marketing Operations Lead | Full-time | Jul 2024 - Present ¬∑ 1 yr 11 mos | Growth Marketing Operations Manager | Contract | Passionate about using technology to create great user experiences. I‚Äôve helped build, grow, and optimize marketing programs at startups, agencies, and global companies.  Focus areas:  ‚Ä¢ Martech ‚Äì and how any kind of tooling can support business goals or enhance marketing architecture  ‚Ä¢ Personalization and data activation ‚Äì and how to create better experiences for the people behind the screens  ‚Ä¢ Marketing analytics, measurement, and attribution ‚Äì†*insert Charlie Day mailroom meme*  ‚Ä¢ Lifecycle marketing ‚Äì and crafting the right message for the right time  Top skills  Marketing Strategy ‚Ä¢ M | https://www.linkedin.com/in/frankmassanova |
| Emily Ferrari | Cranbury, New Jersey, United States | People Operations Planner at Apple | Experience | Apple | 13 yrs 6 mos | People Operations Planner | Full-time | Mar 2022 - Present ¬∑ 4 yrs 3 mos | Employee Engagement, Kronos and +2 skills | Sourcing Career Experience - Non Leadership Retail Recruiting | Full-time | | https://www.linkedin.com/in/emily-pearson21?utm_source=share_via&utm_content=profile&utm_medium=member_ios |
| Erik Peets | North Bergen New Jersey | Quality Assurance Engineer at Apple | Experience | Apple | 6 yrs 8 mos | Quality Assurance Engineer | Internship | Jan 2026 - Present ¬∑ 5 mos | Cupertino, California, United States ¬∑ On-site | Customer Service Specialist | Full-time | I'm a QA Engineer with 15+ years in customer-facing tech, including 6 at Apple. My career has taken an intentional path from Customer Support to UX Design to User Acceptance Testing to Software Quality Assurance, and every step has sharpened how I think about products, people, and quality.  A background across all three disciplines gives me a view of the full product lifecycle. I understand how products are built, how they fail, and how real people experience them.  I obsess over the details and bring a customer-first lens to everything I test.  Let's connect.  Top skills Customer-Focused Se | https://www.linkedin.com/in/erikpeets |
| Pitika Jain | New York City Metropolitan Area | Data Science & Analytics Senior Technical Product Manager at Apple | Experience | Apple | 3 yrs 7 mos | Data Science & Analytics Senior Technical Product Manager | Oct 2024 - Present ¬∑ 1 yr 8 mos | New York, United States | Data Science & Analytics Technical Product Manager | Full-time | Nov 2022 - Oct 2024 ¬∑ 2 yrs | | https://www.linkedin.com/in/pitikajain |

| Name | Location | Current Role at Apple | Full Description at Apple | About | LinkedIn URL |
|---|---|---|---|---|---|
| David Guild | Livingston, New Jersey, United States | Applecare Analytics and Forecasting - Head of iTunes Forecasting at Apple | Applecare Analytics and Forecasting - Head of iTunes Forecasting \| Apple ¬∑ Full-time \| Apr 2008 - Present ¬∑ 18 yrs 2 mos \| New York, NY \| - Lead team in demonstrating current trends in iTunes and iTunes support to senior management, and the strategic operational planning of how these risks can be managed worldwide. \| - Provide analytically driven projections for costs and impacts of initiatives prior to launch such as Apple‚Äôs Official WeChat Account, AMR Social Media (Twitter, Instagram), and iCloud. \| ‚Ä¶ more \| Sr. Risk Analyst \| M&T Bank | ‚Ä¢Comprehensive experience in Operations, Customer Experience, Strategic Planning, Forecasting, Data Visualization, Statistical Modeling, Transactional Fraud Decisions, and Finance: Applied analytics of large amounts of data spanning multiple businesses. ‚Ä¢Strong strategic planning experience. Proven track record of delivering analytically driven solutions by engaging senior management, articulating our ideas, and accessing performance ‚Ä¢Proficient in SAS, SQL, Business Objects, Tableau, Python, Excel, PowerPoint, Keynote, OSX, Windows, Unix, Matlab, and C++. Extensive experience with relation | https://www.linkedin.com/in/davidguild |
| sachin shrivastava | New York City Metropolitan Area | Staff Software Engineer Apple \| Ex Amazon | Staff Software Engineer Apple \| Ex Amazon \| Apple ¬∑ Full-time \| Oct 2022 - Present ¬∑ 3 yrs 8 mos \| New York City Metropolitan Area ¬∑ On-site \| Advertisement core services \| Java, Data Structures and +5 skills \| Amazon \| 9 yrs 10 mos \| Sr Software Development Engineer | | https://www.linkedin.com/in/sachin-shrivastava-456ba073 |
| Andre Ribau | New York City Metropolitan Area | Software Engineer at Apple | Experience \| Apple \| Full-time ¬∑ 5 yrs 1 mo \| Software Engineer \| Jan 2026 - Present ¬∑ 5 mos \| Hybrid \| Site Reliability Engineer \| May 2021 - Jan 2026 ¬∑ 4 yrs 9 mos \| New York City Metropolitan Area | | https://www.linkedin.com/in/ribauandre |
| Lun Li | New York City Metropolitan Area | Software Engineer at Apple | Software Engineer at Apple | | https://www.linkedin.com/in/lunli-ll |