# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

REINCUBATE, LTD.,

      Plaintiff,

v.

APPLE, INC.,

      Defendant.

Civil Action No. 2:26-cv-00828 (CCC-AME)

**JURY TRIAL DEMANDED**

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE

THIS MATTER having come before the Court on Defendant Apple, Inc.'s Motion to Transfer Venue to the United States District Court for the Northern District of California (ECF No. 12); and the Court having considered the motion, Plaintiff Reincubate, Ltd.'s opposition, and the supporting papers; and for good cause shown;

IT IS on this _____ day of _____, 2026,

**ORDERED** that Defendant Apple, Inc.'s Motion to Transfer Venue is **DENIED**; and it is further

**ORDERED** that this action shall remain in the United States District Court for the District of New Jersey.

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**

- 1 -