**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINCUBATE, LTD., | Civil Action No. 2:26-cv-00828 (CCC-AME) |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO TRANSFER VENUE**

THIS MATTER having come before the Court on Defendant Apple, Inc.'s Motion to Transfer Venue to the United States District Court for the Northern District of California (ECF No. 12); and the Court having considered the motion, Plaintiff Reincubate, Ltd.'s opposition, and the supporting papers; and for good cause shown;

IT IS on this _____ day of _____, 2026,

**ORDERED** that Defendant Apple, Inc.'s Motion to Transfer Venue is **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that Count II of the Complaint (Declaratory Judgment) is **SEVERED** pursuant to Federal Rule of Civil Procedure 21; and it is further

- 1 -

**ORDERED** that the severed Count II is **TRANSFERRED** to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a); and it is further

**ORDERED** that Counts I, III, and IV of the Complaint shall **REMAIN** in this District; and it is further

**ORDERED** that the Clerk of Court shall take such steps as are necessary to effectuate the partial transfer.

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**