**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 (CCC-AME) <br><br> **JURY TRIAL DEMANDED** |

<u>**NOTICE OF PLAINTIFF'S MOTION FOR RECUSAL AND
REASSIGNMENT UNDER 28 U.S.C. § 455(a) AND § 455(b)(5)(iii)**</u>

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that, on June 15, 2026, or as soon thereafter as counsel may be heard, Plaintiff Reincubate, Ltd. shall move before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order, pursuant to 28 U.S.C. § 455(a) and § 455(b)(5)(iii), (i) of recusal of the assigned District Judge and (ii) directing the Clerk to refer this matter to the Chief Judge for reassignment under Local Civil Rule 40.1(e).

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff shall rely upon the accompanying Memorandum of Law and any reply

- 1 -

papers Plaintiff may submit. The motion rests entirely on matters of public record on the dockets of this Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1, Plaintiff respectfully submits that oral argument is not requested and that the motion may be decided on the papers.

Dated: May 22, 2026
Newark, New Jersey

Respectfully submitted,

**HECHT PARTNERS LLP**

By: */s/ David L. Hecht*
David L. Hecht
Maxim Price (pro hac vice forthcoming)
Peter Joon Park
Tanner Murphy (pro hac vice forthcoming)
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 851-6821
dhecht@hechtpartners.com
mprice@hechtpartners.com
ppark@hechtpartners.com
tmurphy@hechtpartners.com

*Attorneys for Plaintiff Reincubate, Ltd.*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 22, 2026, I caused the preceding

document to be served on all counsel through the Court's ECF system.

<u>/s/ David L. Hecht</u>
David L. Hecht

- 3 -