**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 (CCC-AME) <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECUSAL AND REASSIGNMENT UNDER 28 U.S.C. § 455(a) OR § 455(b)(5)(iii)**

THIS MATTER having come before the Court on the motion of Plaintiff Reincubate, Ltd. for an Order of recusal of the assigned District Judge and the reassignment of this action; and the Court having considered the motion and the supporting papers; and for good cause shown;

IT IS on this _____ day of _____, 2026,

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that the undersigned hereby recuses from this matter; and it is further

**ORDERED** that the Clerk of Court shall refer this matter to the Chief Judge for reassignment in accordance with Local Civil Rule 40.1(e).

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**

- 1 -