**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINCUBATE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:26-cv-00828 <br> (JXN-AME) <br><br> *Filed Electronically* |

**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apple Inc. in the above-captioned matter makes the following disclosure statement on behalf of Apple Inc:  Apple Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 15, 2026

/s/ Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*